## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| KYONG HUI LANE | § | |
| | § | |
| V. | § | CASE NO. 05-306 |
| | § | |
| TARGET CORPORATION | § | |

### DEFENDANT TARGET CORPORATION'S REPORT ON MEDIATION

TO THE HONORABLE JUDGE OF SAID COURT:

The Defendant, Target Corporation, makes this its report concerning mediation as required by the Court's Order of August 30, 2005.

### I.

Pursuant to the Court's order, the parties participated in a mediation on April 11, 2006. The parties were not successful in resolving this dispute at mediation.

Respectfully submitted,

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

By: _____
        Ralph F. Meyer
        State Bar No. 13994300
        Federal I.D. No. 2831
        Timothy D. McMurtrie
        State Bar No. 13813900
        Federal I.D. No. 11806
        Jeffrey J. Grime
        State Bar No. 24041012
        Federal I.D. No. 37667
        1300 Frost Bank Plaza
        802 North Carancahua
        Corpus Christi, Texas 78470
        (361) 884-8808 - Telephone
        (361) 884-7261 - Facsimile
ATTORNEYS FOR DEFENDANT
TARGET CORPORATION

OF COUNSEL:
ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.P.

## CERTIFICATE OF SERVICE

I certify that the foregoing instrument was served by the means indicated to the counsel listed below on this _____ day of April, 2006.

**VIA ELECTRONIC OR CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Mr. Christopher J. Gale
Gale, Wilson & Sanchez, P.L.L.C.
115 E. Travis St, Suite 618
San Antonio, Texas 78250

_____
Of Royston, Rayzor, Vickery & Williams, L.L.P.