IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| KYONG HUI LANE | § | |
| | § | |
| V. | § | C.A. NO. C-05-306 |
| | § | |
| TARGET CORPORATION | § | |

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR CONTINUANCE

On this day came on to be considered Plaintiff's Unopposed Motion for Continuance. Plaintiff's Unopposed Motion for Continuance is GRANTED.

It is ordered that Final Pretrial Conference is set for November 1, 2006, at 8:30 a.m. Jury Selection and Jury Selection and Trial is set for November 2, 2006, at 8:00 a.m. Joint Pretrial Order shall be filed by 3:00 p.m. on October 20, 2006.

ORDERED the _12th_ day of June, 2006.

_____
JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE