IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

NOV 07 2006

Michael N. Milby, Clerk of Court

KYONG HUI LANE, §
§
Plaintiff, §
§
vs. § Civil Action No. C-05-306
§
TARGET CORPORATION, §
§
Defendant. §

## VERDICT FORM

**QUESTION #1:**

Do you find, by a preponderance of the evidence, that Defendant Target Corporation was negligent?

Answer "Yes" or "No."

ANSWER: __No__

*If you answer "Yes" to this Question, answer Question #2. If you answer "No" to this Question, proceed directly to the last page and have the Presiding Juror sign and date this Verdict Form.*

**QUESTION #2**:

Do you find, by a preponderance of the evidence, that Defendant Target Corporation's negligence, if any, proximately caused Plaintiff Kyong Hui Lane injury?

Answer "Yes" or "No."

ANSWER: _____


*If you answer "Yes" to this Question, answer Question #3. If you answer "No" to this Question, proceed directly to the last page and have the Presiding Juror sign and date this Verdict Form.*

**QUESTION #3:**

Do you find, by a preponderance of the evidence, that Plaintiff Kyong Hui Lane was negligent?

Answer "Yes" or "No."

ANSWER: _____

*If you answer "Yes" to this Question, answer Question #4.  If you answer "No" to this Question, proceed to Question #6.*

**QUESTION #4**:

Do you find, by a preponderance of the evidence, that Plaintiff Kyong Hui Lane's negligence, if any, proximately caused her injury?

Answer "Yes" or "No."

ANSWER: _____

*If you answer "Yes" to this Question, answer Question #5. If you answer "No" to this Question, proceed to Question #6.*

**QUESTION #5:**

If you have answered "Yes" to each of Questions #1, 2, 3 and 4, then answer the following Question. Otherwise, do not answer this Question and proceed immediately to Question #6.

The percentages you find must total 100%. The percentages must be expressed in whole numbers. The negligence attributable to anyone named below is not necessarily measured by the number of acts or omissions found.

What percentage of the negligence that proximately caused Plaintiff's injury do you find, by a preponderance of the evidence, to be attributable to each of those listed below?

    A.    Target Corporation     _____ %

    B.    Kyong Hui Lane     _____ %

                       **TOTAL:**     ___100___ %

*If you answer more than 50% for Plaintiff Kyong Hui Lane, proceed directly to the last page and have the Presiding Juror sign and date this Verdict Form. If you answer 50% or less for Plaintiff Kyong Hui Lane, proceed to Question #6.*

**QUESTION #6**:

Answer Question #6 only if you have answered "Yes" for Target Corporation in Questions #1 and 2, and answered either:

(1)  "No" for Kyong Hui Lane in Question #3 or 4

-or-

(2)  50% or less for Kyong Hui Lane in Question #5.

Otherwise, do not answer Question #6 and proceed directly to the last page and have the Presiding Juror sign and date this Verdict Form.

What sum of money, if paid now in cash, do you find, by a preponderance of the evidence, would fairly and reasonably compensate Kyong Hui Lane for her injuries, if any, resulting from the occurrence in question in this case?  Answer in dollars and cents, or none, as to each item listed below:

    A.    Physical pain and mental anguish sustained by Plaintiff in the past:

            ANSWER:   $ _____

    B.    Physical pain and mental anguish that, in all reasonable probability, will be sustained by Plaintiff in the future:

            ANSWER:   $ _____

    C.    Reasonable expenses of necessary medical care incurred in the past:

            ANSWER:   $ _____

    D.    Reasonable expenses of necessary medical care that, in all reasonable probability, will be incurred in the

      future by Plaintiff:

            ANSWER:  $ _____

E.    Loss of income or earnings suffered in the past by Plaintiff:

            ANSWER:  $ _____

F.    Loss of income or earnings that, in all reasonable probability, will be suffered in the future by Plaintiff:

            ANSWER:  $ _____

Presiding Juror, please date and sign this Verdict Form on this page.

_11-7-06_____          ███████████████████
DATE                                       PRESIDING JUROR