IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| KYONG HUI LANE | § | |
| | § | |
| V. | § | CASE NO. C-05-306 |
| | § | |
| | § | |
| TARGET CORPORATION | § | |

## ORDER

The above-entitled and numbered cause came on for hearing of Target Corporation's Unopposed Motion to Withdraw its Request for Entry of Bill of Costs. The Court, having considered the same, hereby **ORDERS** that Target Corporation's Request for Entry of Bill of Costs is withdrawn.

SIGNED this _____ day of February, 2007.

_____
JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE

52096:3133388